UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PIRATE SHIP LLC, a Wyoming limited
liability company,

Case No.: 1:22-cv-22268-RNS

*Plaintiff*,

v.

RENAD BADER, HANAN ALABED,
LAMIS ALABED, and NOOR ALABED,

*Defendants*.

_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

**COME NOW** the Defendants, **RENAD BADER, HANAN ALABED, LAMIS ALABED, and NOOR ALABED** (hereinafter, "the Defendants",) and hereby file their Motion for Extension of Time to File a Responsive Pleading to the Plaintiff's Complaint in the above captioned matter pursuant to Local Rule 7.1 and Fed. R. Civ. P. 12. In support, the Defendants state the following:

1. On August 29, 2022, the parties filed a Joint Motion for Extension of Time [D.E. 14] requesting that Plaintiff be permitted to file their Motion for Default through September 14, 2022.

2. Defendant's and Plaintiff, PIRATE SHIP, have engaged in a meaningful exchange of information in an effort to resolve this matter without the need for continued and protracted litigation.

3. At this time the parties have not reached settlement; however, attempts to reach settlement are ongoing. As such, to avoid costs and in the interest of judicial economy, the Defendants request an additional 15 days from the date of this Motion within which to file a responsive pleading to Plaintiff's Complaint.

4. As such, a responsive pleading would be due on or before October 1st, 2022.

_____
**PRIETO LAW FIRM**
55 Merrick Way, Suite 212, Coral Gables, FL 33134
Office (305) 577-3440 - Fax (786) 971-5658

5. This Motion is made in good faith and not for purposes of delay.

6. Counsel for Plaintiff, PIRATE SHIP, do not have an objection to an extension of time for the Defendants to file their responsive pleading in this case.

Respectfully submitted,

**PRIETO LAW FIRM**
55 Merrick Way, Suite 212
Coral Gables, FL 33134
Phone: (305) 577-3440
Fax:    (786) 971-5658
frank@frankprietolaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY** certify that on this **16th day of September 2022,** I electronically filed the foregoing document with Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission Notices of Electronic Filing generated by CM/ECF.

By:    */s/Frank A. Prieto*
FRANK A. PRIETO, ESQ.
Florida Bar No.: 514071