UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PIRATE SHIP LLC, a Wyoming limited
liability company,

Case No.: 1:22-cv-22268-RNS

*Plaintiff*,

v.

RENAD BADER, HANAN ALABED,
LAMIS ALABED, and NOOR ALABED,

*Defendants*.
_____/

**NOTICE OF SETTLEMENT**

Defendants, RENAD BADER, HANAN ALABED, LAMIS ALABED, and NOOR ALABED, and Plaintiff, PIRATE SHIP LLC, by and through undersigned counsel, and pursuant to the applicable Federal Rules of Civil Procedure and Local Rule 16.4, hereby advise the Court that the parties have amicably settled this matter. The parties shall file a Stipulation for Dismissal with the Court once the settlement has been finalized.

DATED this 30th day of September 2022.

| | |
|---|---|
| K&L GATES LLP | PRIETO LAW FIRM |
| Jonathan B. Morton, Esq. | Frank A. Prieto, Esq. |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| 200 South Biscayne Blvd., Suite 3900 | 55 Merrick Way, Suite 212 |
| Miami, Florida 33131 | Coral Gables, Florida 33134 |
| Telephone: (305) 539-3357 | Telephone: (305) 577-3440 |
| Fax: (305) 358-7095 | Fax: (786) 971-5658 |
| Email: Jonathan.morton@klgates.com | Email: frank@frankprietolaw.com |
| | |
| By: s/ Jonathan B. Morton | By: s/ Frank A. Prieto |
| JONATHAN B. MORTON, ESQ. | FRANK A. PRIETO, ESQ. |
| Fla. Bar No. 956872 | Fla. Bar No. 0514071 |