# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## MIAMI DIVISION

| | |
|---|---|
| PIRATE SHIP LLC, a Wyoming limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>RENAD BADER, HANAN ALABED, LAMIS ALABED, and NOOR ALABED,<br><br>    Defendants. | Case No.  1:22-CV-22268 |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice pursuant to Florida Rule 41(a)(1)(A)(ii).  All parties shall bear their own attorneys' fees and costs.

The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the parties' settlement agreement.

309128300.1

Dated:  October 14, 2022

| | |
|---|---|
| */s/ Frank Andrew Prieto* | */s/ Jonathan B. Morton* |
| **Frank Andrew Prieto** | **Jonathan B. Morton** |
| Florida Bar No. 514071 | Florida Bar No. 956872 |
| frank@frankprietolaw.com | jonathan.morton@klgates.com |
| **PRIETO LAW FIRM** | Rasheem M. Johnson |
| 55 Merrick Way, Suite 212 | Florida Bar No. 1011350 |
| Coral Gables, FL  33134 | rasheem.johnson@klgates.com |
| Telephone: 305.577.3440 | **K&L GATES LLP** |
| Facsimile: 786.971.5658 | 200 South Biscayne Blvd. |
| | Miami, FL  33131 |
| *Attorneys for Defendants, Renad Bader, Hanan Alabed, Lamis Alabed and Noor Alabed* | Telephone:  305.539.3300 |
| | Facsimile:  305.358.7095 |
| | |
| | *Attorneys for Plaintiff, Pirate Ship LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing was filed via ECF this 14th day of October, 2022.

                   By: */s/  Jonathan B. Morton*
                       Jonathan B. Morton

309128300.1